UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RFID TECHNOLOGY INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ESMART SOURCE, INC.,<br><br>        Defendant. | Case No. 20-cv-03763-RS<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff RFID Technology Innovations, LLC and Defendant Esmart Source, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

   1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claim asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

   2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

   This Stipulation and Order shall finally resolve the Action between the parties.

**IT IS SO ORDERED**.

Dated: September 4, 2020

_____
RICHARD SEEBORG
United States District Judge